RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Derrick Simmons

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00176-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| DERRICK SIMMONS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Derrick Simmons, that the Change of Plea Hearing currently scheduled on December 30, 2020 at 9:00 a.m., be vacated and continued to January 20, 2021 at 9:00 a.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, defense counsel will be out of the district the last week of December 2020.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 15th day of December 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00176-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| DERRICK SIMMONS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS ORDERED that the Change of Plea hearing currently scheduled for Wednesday, December 30, 2020 at 9:00 a.m., be vacated and continued to January 20, 2021 at 9:00 a.m.

DATED this  17  day of December 2020.

_____
UNITED STATES DISTRICT JUDGE