2:20-cr-00176-GMN-BNW

6-11-22

I'm requesting my sentencing transcripts of case # 2:20-cr-00176-GMN-BNW-1 My name is Derrick Simmons #56346048 USP Canaan, P.O. Box 300, Waymart, Pa 18472 And if you could send me a application to proceed informa-pauperis. I thank you for your time and concern in this matter

FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 16 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER

IT IS ORDERED that ECF No. 47 is GRANTED in part and DENIED in part.

It is granted to the extent that the Clerk of Court is kindly directed to send Mr. Simmons an IFP application.

It is denied to the extent that Mr. Simmons requests the sentencing transcript. Mr. Simmons must seek this transcript from his attorney.

In the event the Court did not entirely understand Mr. Simmons' requests, he is free to file a new motion.

**IT IS SO ORDERED**

DATED: 4:34 pm, July 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

