PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (Tran. Court): 2:20CR00176

**DOCKET NUMBER** (Rec. Court): 2:24-CR-00738-MCS

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** Derrick Simmons

FILED
CLERK, U.S. DISTRICT COURT
12/11/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY

**DISTRICT:** Nevada

**DIVISION:** U.S. Probation Office

**NAME OF SENTENCING JUDGE:** Gloria M. Navarro

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 12/12/2023 TO 12/11/2026

**OFFENSE:** Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision): Significant ties to the community and employment in the Central District of California

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 18 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 18, 2024
_Date_

_/s/ Gloria M. Navarro_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 11, 2024
_Effective Date_

_/s/ Dolly M. Gee_
_United States District Judge_